1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CLARENCE JOSEPH HAYES,

11            Petitioner,              No. CIV S-06-1300 FCD EFB P

12        vs.

13   DERRICK OLLISON, Warden,

14            Respondent.             <u>ORDER</u>

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

17   this court's March 1, 2007, denial of his application for a writ of habeas corpus.  Before

18   petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

19   Fed. R. App. P. 22(b).

20            A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

21   applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

22   § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues

23   satisfy the required showing or must state the reasons why such a certificate should not issue.

24   Fed. R. App. P. 22(b).

25   /////

26   /////

1

1          For the reasons set forth in the magistrate judge's January 17, 2007, findings and

2  recommendations, petitioner has not made a substantial showing of the denial of a constitutional

3  right.  Accordingly, a certificate of appealability should not issue in this action.

4          IT IS SO ORDERED.

5  DATED: April 27, 2007.

 

 

                                             FRANK C. DAMRELL, JR.

                                     UNITED STATES DISTRICT JUDGE